# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JUAN HERRERA,<br><br>        Defendant. | 2:18-cr-00287-KJD-VCF<br><br>**ORDER** |

    Before the court is the Motion for Status Conference Before the Magistrate Judge (ECF NO. 27).

    Accordingly,

    IT IS HEREBY ORDERED that a hearing on the Motion for Status Conference Before the Magistrate Judge (ECF NO. 27) is scheduled for 11:30 AM, August 6, 2019, in Courtroom 3D.

    The U.S. Marshal is directed to transport defendant to and from the hearing.

    DATED this 1st day of August, 2019.

                                                       CAM FERENBACH<br>                                                       UNITED STATES MAGISTRATE JUDGE